```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                      WESTERN DIVISION
```

CUSTINA GRANGER                                          PLAINTIFF

VS.                         CIVIL ACTION NO. 5:05-cv-230(DCB)(JMR)

SECURITAS SECURITY SERVICES
USA, CO.; KENNETH GRAVES
APARTMENTS; AND RONALD PROMISE                          DEFENDANTS

## CORRECTION OF MEMORANDUM OPINION AND ORDER

This cause is before the Court <u>sua sponte</u> in order to correct a citation found in this Court's Memorandum Opinion and Order of August 23, 2006 **(docket entry 14)**. Accordingly,

IT IS HEREBY ORDERED that the citation appearing at the bottom of page 14 and top of page 15, <u>Johnston v. Harris County Flood Control Dist.</u>, 979 F.2d 1111, 1113 (5th Cir. 1989), is hereby corrected to read:

<u>Johnston v. Harris County Flood Control Dist.</u>, 869 F.2d 1565, 1576 (5th Cir. 1989).

SO ORDERED, this the 11th day of September, 2006.

                                    S/DAVID BRAMLETTE
                                    UNITED STATES DISTRICT JUDGE