```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                         WESTERN DIVISION


CUSTINA GRANGER                                         PLAINTIFF

VS.                           CIVIL ACTION NO. 5:05-cv-230(DCB)(JMR)

SECURITAS SECURITY USA, INC.;
KENNETH GRAVES APARTMENTS;
AND RONALD PROMISE                                     DEFENDANTS
```

## FINAL JUDGMENT

This cause having come before the Court on motion by defendant Securitas to compel arbitration, which was granted by Memorandum Opinion and Order of August 23, 2006.  The Court also ordered the plaintiff to show good cause for her failure to serve process on defendants Kenneth Graves Apartments and Ronald Promise, which she has failed to do, and the Court has dismissed said defendants without prejudice; accordingly,

IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed without prejudice as to all defendants.

SO ORDERED AND ADJUDGED, this the  27th  day of October, 2006.


                                    s/ David Bramlette
                              UNITED STATES DISTRICT JUDGE